UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR TAYLOR,<br><br>        Plaintiff,<br><br>    v.<br><br>D. CUEVA,<br><br>        Defendant. | No. 2:24-cv-00634 SCR<br><br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On March 4, 2025, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

      The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

      1. The findings and recommendations (ECF No. 22) are adopted in full;

      2. Plaintiff's complaint (ECF No. 1) is dismissed with prejudice as duplicative of

plaintiff's earlier filed action *Taylor v. Gordan et al.*, 2:24-cv-00403-CKD (E.D. Cal.); and

    3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 11, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Tayl634.800

2